# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABERE,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01017 LJO JLT<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

This action was removed to this court on July 25, 2019. (Doc. 1) The same day, the Clerk of the Court issued a notice directing Plaintiff's counsel, James Doddy, to submit a petition to practice in the Eastern District of California. (Doc. 3) To date, Mr. Doddy has not been admitted to practice in the District, yet remains counsel of record on documents filed by Plaintiff. (*See* Doc. 6 at 1)

Therefore, the Court **ORDERS**: **No later than November 8, 2019**, James Doddy **SHALL** show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted. In the alternative, Mr. Doddy may seek admission to this court within the same period of time.

IT IS SO ORDERED.

    Dated: **October 26, 2019**           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE