# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABERE,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>Defendants. | Case No.: 1:19-cv-01017 LJO JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 28, 2019<br><br>(Doc. 10) |

On October 28, 2019, he Court ordered James Doddy to show cause why sanctions should not be imposed for his practicing in this Court without being admitted no later than November 8, 2019. (Doc. 10) In the alternative, Mr. Doddy was informed he "may seek admission to this court within the same period of time." (*Id.* at 1) On November 7, 2019, Mr. Doddy was admitted to practice in the Eastern District of California. Therefore, the order to show cause dated October 28, 2019 (Doc. 10) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**November 12, 2019**__       __**/s/ Jennifer L. Thurston**__
                                                         UNITED STATES MAGISTRATE JUDGE