# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01017 NONE JLT<br><br>ORDER GRANTING EX PARTE APPLICATION TO AMEND THE CASE SCHEDULE[1]<br><br>(Doc. 17) |

Counsel in this case have not acted in a diligent fashion in discovering this case. The Court admonished them in March for failing to do the work that was needed. (Doc. 14) Despite this, they did not "redouble" their efforts to complete discovery as the Court admonished them to do. Moreover, they allowed deadlines to pass without seeking amendment and now seek to amend these past deadlines. However, due only because the independent medical examinations could not occur due to the COVID-19 pandemic no matter their level of diligence, the Court will GRANT the ex parte request to amend the case schedule as follows:

1. The parties SHALL complete all non-expert discovery no later than January 29, 2020[2];

2. The parties SHALL complete all expert discovery no later than April 16, 2021. This

---

[1] The Court held an informal conference to discuss this motion (Doc. 20). During the conference, the Court indicated it would deny the request. However, on reflection, it will grant the request for the reason set forth.

[2] The Court is extending the deadlines requested because it believes the medical examinations may be more problematic that anticipated.

1

requires them to disclose their experts no later than February 12, 2021 and any rebuttal experts by March 12, 2021;

    3.    The parties SHALL file non-dispositive motions, if any, no later than April 30, 2021 and they will be heard no later than May 28, 2021;

    4.    The parties SHALL file dispositive motions, if any, no later than June 18, 2021 and they will be heard no later than August 2, 2021;

    5.    The pretrial conference is CONTINUED to September 20, 2021 at 1:30 p.m. on the NONE calendar;

    6.    The trial is CONTINUED to November 16, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **September 29, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE