# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE, | Case No.: 1:19-cv-01017 NONE JLT |
| Plaintiff, | ORDER AFTER INFORMAL CONFERENCE RE: DISCOVERY DISPUTE |
| v. | |
| DOLLAR GENERAL CORP., et al., | (Doc. 31) |
| Defendants. | |

On three occasions, the Court has determined that counsel have not acted diligently to discover the case. (Docs. 14, 18, 22) Despite this, the plaintiff's sought an informal telephonic conference regarding a discovery dispute. (Doc. 31) Counsel admitted that despite intending to take the deposition of the entity and two or three other employees since March 2020 (Doc. 25 at 2), they have continued to fail to do so.  Now that the defense has refused to produce these deponents, because the discovery deadline lapsed in January, the plaintiff has sought the assistance of the Court.

At the teleconference, the parties were unable to compromise to resolve the matter.  Thus, the Court **ORDERS**:

1. No later than April 22, 2021, the plaintiff may file a motion to amend the case schedule, which complies with the requirements of Local Rule 251(c), to allow additional non-expert discovery. Counsel is admonished that the Court will not condone the filing of a motion,

1

which fails to address the relevant authority (See Doc. 18) or which fails to set forth a sufficient evidentiary basis supporting it.

IT IS SO ORDERED.

Dated:  **April 1, 2021**               **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE