# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE, | ) Case No.: 1:19-cv-01017 NONE JLT |
| Plaintiff, | ) |
| v. | ) ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |
| DOLLAR GENERAL CORP., et al., | ) |
| Defendants. | ) |

On March 29, 2021 and April 2, 2021, Plaintiff's counsel Ani A. Grigoryan signed and filed documents under the CM/ECF account of Joseph Farzam. (*See* Docs. 25, 33) However, Ms. Grigoryan has not been admitted to practice in the Eastern District of California. Therefore, the Court **ORDERS**: **No later than April 27, 2021**, Ani A. Grigoryan **SHALL** show cause in writing why sanctions should not be imposed for her acts in practicing in this court without being admitted. In the alternative, Ms. Grigoryan may seek admission to this Court.

IT IS SO ORDERED.

Dated: __**April 14, 2021**__          _ **/s/ Jennifer L. Thurston**
                                          CHIEF UNITED STATES MAGISTRATE JUDGE