# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01017 NONE JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On April 14, 2021, the Court ordered Ani A. Grigoryan to show cause why sanctions should not be imposed for her failure to seek admission in the Court before practicing here. (Doc. 36) She has now sought to become a member of the Court. Thus, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

　Dated:　**April 26, 2021**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE