# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE,<br><br>  Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORP., et al.<br><br>  Defendant(s). | Case No. 1:19-CV-01017-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER FOR MODIFICATION OF THE EXPERT DISCOVERY AND MOTION CUTOFF DATES**<br>**(Doc. 41)** |

The parties have stipulated to amend the case schedule related to expert discovery and non-dispositive motions (Doc. 41) Good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. The parties SHALL complete all expert discovery no later than July 30, 2021;

2. The parties SHALL file non-dispositive motions, if any, no later than July 14, 2021 and they will be heard no later than August 17, 2021.

No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

Dated:   **May 27, 2021**              _ /s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE