# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01017-JLT-BAK<br><br>ORDER TO FILE NOTICE OF SETTLEMENT OR STATUS REPORT<br><br>**DEADLINE: MAY 3, 2022** |

　　　　Plaintiff Melanie Ansolabehere ("Plaintiff") initiated this action on July 25, 2019. (ECF No. 1.)  On February 8, 2022, the Court set a trial setting conference before District Judge Jennifer L. Thurston for February 25, 2022.  (ECF No. 80.)  On February 24, 2022, the Court issued a minute order noting that counsel informally noticed the Court that the case had settled and vacating the trial setting conference set for February 25, 2022.  (ECF No. 81.)  The parties were directed to file a notice of settlement within seven days of the minute order, or March 3, 2022. An independent review of the docket reveals that, as of April 26, 2022, the parties have not filed a notice of settlement, status report, or any other filing.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The parties shall file a notice of settlement or status report as to this matter no later

than **May 3, 2022**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**April 26, 2022**__                     _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

2