# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANSOLABEHERE,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>Defendants. | Case No. 1:19-cv-01017-JLT-BAK<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 83)<br><br>**DEADLINE: JUNE 27, 2022** |

   This action was filed on July 25, 2019.  (ECF No. 1.)  On April 27, 2022, the parties filed a joint notice of settlement.  (ECF No. 83.)  The parties request the Court permit them sixty days to submit a stipulation of dismissal.

   The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b).  While the parties request additional time to file the dispositional documents, they do not assert much with respect to a good cause showing.

   Nonetheless, in this instance, the Court will in its discretion grant the requested extension.  However, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions."  Id. (citing E.D. Cal. L.R. 272).  Finally, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain

jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **June 27, 2022**.

IT IS SO ORDERED.

Dated:   **April 28, 2022**                                   _____
                                                                                     UNITED STATES MAGISTRATE JUDGE